No. 98–1495.  CHIEJINA *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 98–1505.  FRIAS-MUNOZ *v.* ALBRIGHT, SECRETARY OF STATE.  C. A. 9th Cir.  Certiorari denied.

No. 98–1511.  CITY OF AUBURN *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–1666.  CITY OF SANTA MARIA ET AL. *v.* RUIZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–1670.  LOZANO, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, LANDEROS, ET AL. *v.* TOYOTA MOTOR CORP. ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 98–1685.  HARKER *v.* UNIVERSITY PROFESSIONALS OF ILLINOIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–1690.  FELLENCER *v.* PENOBSCOT NATION.  C. A. 1st Cir.  Certiorari denied.

No. 98–1691.  DRYDEN ET AL. *v.* MADISON COUNTY.  Sup. Ct. Fla.  Certiorari denied.

No. 98–1699.  HOULT *v.* HOULT.  C. A. 1st Cir.  Certiorari denied.

No. 98–1722.  CABIRI ET UX. *v.* GOVERNMENT OF THE REPUBLIC OF GHANA.  C. A. 2d Cir.  Certiorari denied.

No. 98–1764.  PATIS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–1766.  COLWELL *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 98–1776.  RIVERA *v.* SHERIFF, COOK COUNTY.  C. A. 7th Cir.  Certiorari denied.

No. 98–1798.  JOHNSTON *v.* TWENTY GRAND OFFSHORE, INC. ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.